Q82706

| | |
|---|---|
| NEKITA DAVIS AND KAI'LI DAVIS | : SUIT NUMBER: 634,066-A  13) (4) |
| VERSUS | : 1ST JUDICIAL DISTRICT COURT |
| NITEOWL 51 EXPRESS, GREAT WEST CASUALTIY COMPANY AND WALTER DAVIS | : CADDO PARISH, LOUISIANA |

## PETITION

NEKITA DAVIS, of the full age of majority and Kai'Li Davis a minor domiciled in Caddo Parish, Louisiana, respectfully presents:

1.

The defendants making this petition necessary are:

RECEIVED
DEC 2 0 2021
#5

a. NITEOWL 51 EXPRESS, a company authorized to and doing business in the state of Florida;

b. GREAT WEST CASUALTY COMPANY, a foreign insurer who provided liability coverage to NITEOWL 51 EXPRESS; and

c. WALTER DAVIS, of the full age of majority, domiciled in Columbia County, Florida.

2.

On December 13, 2020, a wreck occurred on Interstate 20 in Caddo Parish, Louisiana, involving a 2014 International Prostar, owned and operated by Walter Davis, a 2006 Toyota Corolla owned by Barbara Davis and operated by Nekita Davis, and a 2003 Lincoln Towncar owned and operated by Frank Powell, III.

3.

Walter Davis rear-ended Nekita Davis and Kai'Li Davis causing them to strike Frank Powell, III.

4.

Walter Davis caused plaintiffs' harm by:

a. Failing to maintain proper control of vehicle

b. Failing to maintain a proper lookout;

c. Failing to maintain a safe distance from vehicles ahead in inclement weather; and

d. Being inattentive.

$ 550 FILED
DEC 06 2021
STEPHEN FEAZEL
DEPUTY CLERK OF COURT
CADDO PARISH


EXHIBIT 1

5.

Defendant's reckless and negligent conduct causes plaintiffs' harm. Defendants are responsible for plaintiffs' past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain anguish; 4) functional limitations; 5) lost wages and economic loss; 6) loss of enjoyment of life; and 7) property damage.

6.

Plaintiffs' claims exceed the amount required for jury trial.

WHEREFORE, plaintiffs prays that all harms and losses caused by the defendants be repaired by judgment.

Respectfully submitted,

TODD M. JOHNSON, #32169
Attorney at Law
400 Travis Street, Suite 506
Shreveport, LA 71101
Telephone: (318) 222-4444
Fax: (318) 459-9585
Email: todd@toddmjohnson.com
ATTORNEY FOR PLAINTIFFS

ENDORSED FILED
STEPHEN FEAZEL, CADDO DEPUTY CLERK
DEC 06 2021
A TRUE COPY - ATTEST
CADDO PARISH DEPUTY CLERK

**PLEASE SERVE:**

**NITEOWL 51 EXPRESS**
Via Louisiana Long Arm Statute
264 SW Old Niblack Ave.
Fort White, FL 32038

**GREAT WEST CASUALTY COMPANY**
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**WALTER DAVIS**
Via Louisiana Long Arm Statute
264 SW Niblack Ave.
Fort White, FL 32038

| | |
|---|---|
| NEKITA DAVIS AND KAI'LI DAVIS | : SUIT NUMBER:_____ |
| VERSUS | : 1ST JUDICIAL DISTRICT COURT |
| NITEOWL 51 EXPRESS, GREAT WEST CASUALTIY COMPANY AND WALTER DAVIS | : CADDO PARISH, LOUISIANA |

## VERIFICATION

STATE OF LOUISIANA
PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, personally came and appeared NEKITA DAVIS, who, after being first, by me, duly sworn, did depose and say:

That she is the petitioner named in the foregoing petition; that she has read same and that all of the allegations of fact therein contained are true and correct to the best of her knowledge, information and belief.

_____
NEKITA DAVIS

SWORN TO AND SUBSCRIBED, BEFORE ME, on this 6th day of December, 2021.

_____
Todd M. Johnson, #88842
NOTARY PUBLIC

breanct                                                                                                                          CPCC.CV.3039104

# Citation

Q82706
131
(1)

NEKITA DAVIS, ETAL                 NO. 634066– A
VS                                    STATE OF LOUISIANA
NITEOWL 51 EXPRESS, ETAL      PARISH OF CADDO
                                                FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     GREAT WEST CASUALTY COMPANY
                                                    THRU HONORABLE SECRETARY OF STATE
                                                    BATON ROUGE, LA 70809

DEC 1 6 2021

SECRETARY OF STATE
COMMERCIAL DIVISION

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, ( · if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 6, 2021.

*Also attached are the following:           **MIKE SPENCE, CLERK OF COURT**

\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS

\_\_\_\_\_ INTERROGATORIES

\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS      By: _____
                                                                                                     Deputy Clerk

                                                                                                      TODD JOHNSON
                                                                                                             Attorney

**RECEIVED**
DEC 2 0 2021                                    A TRUE COPY - - ATTEST
#5

                                                                                        _____
                                                                                        Deputy Clerk

These documents mean you have been sued. Legal assistance is advisable, and you should contact a lawyer immediately. If you cannot find a lawyer, please go to www.shreveportbar.com and click on the Lawyer Referral Service link, or go to the Shreveport Bar Center on the third Monday of each month from 5:30 - 7:30 for a free seminar. If eligible, you may be entitled to legal assistance at no cost to you through Shreveport Bar Legal Aid. Please call 318-222-7186 for more information.

If you are a person with a disability, please contact the Clerk of Court's office for information regarding accommodation and assistance.

**SERVICE COPY**

breanet                                                                                                             CPCC.CV.3039104

# Citation

39.35
50

NEKITA DAVIS, ETAL                     NO. 634066- A
VS                                                                   STATE OF LOUISIANA
NITEOWL 51 EXPRESS, ETAL            PARISH OF CADDO
                                                                                   FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     GREAT WEST CASUALTY COMPANY
                                                 THRU HONORABLE SECRETARY OF STATE
                                                 BATON ROUGE, LA 70809

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 6, 2021.

*Also attached are the following:              **MIKE SPENCE, CLERK OF COURT**
\_\_\_\_\_ REQUEST FOR ADMISSIONS OF FACTS
\_\_\_\_\_ INTERROGATORIES
\_\_\_\_\_ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _/s/ illegible_
                                                                                    Deputy Clerk

                                                                                          TODD JOHNSON
                                                                                          Attorney

SERVICE INFORMATION:         Date _____

Personal \_\_\_\_\_  Domiciliary \_\_\_\_\_ to _____

Unserved \_\_\_\_\_ because _____

Remarks _____

                                                                                 Made service on the named party through the
                                      Deputy Sheriff                 Office of the Secretary of State on

                                                                                         **DEC 1 6 2021**

                                                                            by tendering a copy of this document to:
                                                                             **JULIE NESBITT**

                                                                          **DY. M. LOCKWOOD #0803**
                                                                        Deputy Sheriff, Parish of East Baton Rouge, LA

||||||||||| barcode |||||||||||

                                                                                             FILED
                                                                                    SHERIFF RETURN

                                                                                **DEC 3 0 2021**
                                                                                  MIKE SPENCE
                                                                               CLERK OF COURT