UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NEKITA DAVIS, ET AL                              CIVIL ACTION NO. 22-cv-136

VERSUS                                           JUDGE ELIZABETH E. FOOTE

NITEOWL 51 EXPRESS, ET AL                        MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Nekita and Kai'Li Davis ("Plaintiffs") filed this civil action in state court against NiteOwl 51 Express, Great West Casualty Co., and Walter Davis for damages arising out of multi-vehicle auto accident. Defendants removed the case based on an assertion of diversity jurisdiction, which places the burden on them to set forth specific facts that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. The allegations in the notice of removal appear sufficient with one exception.

The notice of removal alleges that NiteOwl is "an unincoporated entity owned by Walter Davis, with its principal place of business in Fort White, Florida." The citizenship of an unincorporated entity is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with

the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018). The allegation that NiteOwl is "wholly owned by" Walter Davis may be intended to suggest that Davis is the sole member of NiteOwl, but that is not clear.

Defendants must file, no later than **February 11, 2022**, an amended notice of removal that specifically identifies the member(s) of NiteOwl and their citizenship in accordance with the rules outline above.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of January, 2022.

Mark L. Hornsby
U.S. Magistrate Judge